United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-11025-amc |
| Rafhia Rose Foster | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Jul 18, 2024 | Form ID: pdf900 | Total Noticed: 29 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 20, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Rafhia Rose Foster, 1226 Atwood Rd, Philadelphia, PA 19151-3109 |
| cr | + | HSBC Bank USA, N.A., As Trustee for the registered, One Mortgage Way, Mount Laurel, NJ 08054-4637 |
| 14685527 | + | Cibik Law, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 14688219 | + | HSBC Bank USA ,et al, C/O Mario Hanyon, Esquire, Brock and Scott, PLLC, 8757 Red Oak Blvd., Suite 150 Charlotte, NC 28217-3977 |
| 14697039 | | HSBC Bank USA, N.A as Trustee for the registered, Holders for Nomura Home Equity Loan, Inc, Backed Certificates, Series 2006 HE3, P.O. Box 24605, West Palm Beach, FL 33416-4605 |
| 14685534 | | PA Dept. of Revenue, Bankruptcy Division, Bureau of Compliance, P.O. Box 280946, Harrisburg, PA 17120-0946 |
| 14685538 | + | Philadelphia Traffic Court, Hon. Gary Glazer, 800 Spring Garden Street, Philadelphia, PA 19123-2616 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jul 19 2024 00:00:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 19 2024 00:00:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: BKEBN-Notifications@ocwen.com | Jul 18 2024 23:59:00 | PHH MORTGAGE CORPORATION, PO Box 24605, West Palm Beach, FL 33416-4605 |
| 14685524 | + | Email/Text: aargon@ebn.phinsolutions.com | Jul 19 2024 00:00:00 | Aargon Agency Inc, Attn: Bankruptcy, 8668 Spring Mountain Road, Las Vegas, NV 89117-4119 |
| 14685529 | | Email/Text: megan.harper@phila.gov | Jul 19 2024 00:00:00 | City of Philadelphia, Bankruptcy Unit, 15th Floor, 1515 Arch Street, Philadelphia, PA 19102 |
| 14685528 | | Email/Text: megan.harper@phila.gov | Jul 19 2024 00:00:00 | City of Philadelphia, Major Tax Unit/Bankruptcy Dept., 1401 JFK Blvd, Room 580, Philadelphia, PA 19102 |
| 14699390 | | Email/Text: megan.harper@phila.gov | Jul 19 2024 00:00:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14685525 | + | Email/Text: caineweiner@ebn.phinsolutions.com | Jul 19 2024 00:00:25 | Caine & Weiner, Attn: Bankruptcy, 5805 Sepulveda Blvd, Sherman Oaks, CA 91411-2546 |
| 14685526 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 19 2024 00:06:31 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14690943 | + | Email/PDF: ebn_ais@aisinfo.com | Jul 19 2024 00:06:35 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14685530 | + | Email/Text: bankruptcy@philapark.org | Jul 19 2024 00:00:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |

Case 22-11025-amc    Doc 50    Filed 07/20/24    Entered 07/21/24 00:35:06    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 18, 2024 | Form ID: pdf900 | Total Noticed: 29 |

| | | | | |
|---|---|---|---|---|
| 14698894 | | Email/Text: ECMCBKNotices@ecmc.org | Jul 19 2024 00:00:00 | ECMC, PO Box 16408, St. Paul, MN 55116-0408 |
| 14685531 | | Email/Text: bankruptcycourts@equifax.com | Jul 19 2024 00:00:00 | Equifax, P.O. Box 740241, Atlanta, GA 30374 |
| 14685532 | ^ | MEBN | Jul 18 2024 23:57:37 | Experian, Profile Maintenance, P.O. Box 9558, Allen, Texas 75013-9558 |
| 14685533 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 19 2024 00:00:00 | I.R.S., P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14685535 | ^ | MEBN | Jul 18 2024 23:58:20 | PGW, Legal Dept. 4th Floor, 800 W. Montgomery Avenue, Philadelphia, PA 19122-2806 |
| 14685536 | | Email/Text: BKEBN-Notifications@ocwen.com | Jul 18 2024 23:59:00 | PHH Mortgage, 3000 Leadenhall Road, Mount Laurel, NJ 08054 |
| 14688220 | + | Email/Text: BKEBN-Notifications@ocwen.com | Jul 18 2024 23:59:00 | PHH Mortgage Corporation, Attn: Bky Dept, PO Box 24605, West Palm Beach, FL 33416-4605 |
| 14685537 | + | Email/Text: bankruptcy@philapark.org | Jul 19 2024 00:00:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market Street, Philadelphia, PA 19106-1538 |
| 14685539 | | Email/Text: DASPUBREC@transunion.com | Jul 18 2024 23:59:00 | Trans Union Corporation, Public Records Department, 555 West Adams Street, Chicago, IL 60661 |
| 14697498 | + | Email/Text: peritus@ebn.phinsolutions.com | Jul 19 2024 00:00:00 | Westlake - C/O Peritus Portfolio Services, P.O. Box 141419, Irving, TX 75014-1419 |
| 14685540 | ^ | MEBN | Jul 18 2024 23:57:31 | Westlake Portfolio Management, LLC, Attn: Bankruptcy, PO Box 76809, Los Angeles, CA 90076-0809 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 20, 2024            Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 18, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor HSBC Bank USA  N.A., As Trustee for the registered holders of Nomura Home Equity Loan, Inc., Asset-Backed Certificates, Series 2006-HE3 andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| MARIO J. HANYON | on behalf of Creditor HSBC Bank USA  N.A., As Trustee for the registered holders of Nomura Home Equity Loan, Inc., Asset-B |

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jul 18, 2024 | Form ID: pdf900 | Total Noticed: 29 |

wbecf@brockandscott.com, mario.hanyon@brockandscott.com

MICHAEL A. CIBIK
    on behalf of Debtor Rafhia Rose Foster help@cibiklaw.com
    noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

MICHAEL I. ASSAD
    on behalf of Debtor Rafhia Rose Foster help@cibiklaw.com
    noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:

    Rafhia Rose Foster

Chapter 13

Bankruptcy No. 22-11025-AMC

    Debtor

**ORDER DISMISSING CHAPTER 13 CASE**

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: July 18, 2024**

_____
ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE